# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09CR510 |
| | ) | |
| PLAINTIFF, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| VALENTINA DENISOVA, | ) | MEMORANDUM OPINION |
| SONYA HILASZEK, | ) | AND ORDER |
| IVAN VOLOCHIY, | ) | |
| JAHONGIR MASUDOV, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This matter is before the Court upon Magistrate Judge Kenneth S. McHargh's Reports and Recommendations that the Court accept Defendants Valentina Denisova, Sonya Hilaszek, Ivan Volochiy, and Jahongir Masudov's ("the Defendants") pleas of guilty and enter findings of guilty against the Defendants. (Dkt. # 112, 143, 149, 156).

On November 23, 2009, the Government filed an Indictment against the Defendants. (Dkt. # 12). On February 22, April 5, and April 7, 2010, this Court issued orders assigning this case to Magistrate Judge McHargh for the purposes of arraignment and receiving the guilty pleas of Defendants Valentina Denisova, Jahongir Masudov, and Sonya Hilaszek and Ivan Volochiy, respectively. (Dkt. # 93, 128, 131).

On March 10, April 13, April 14, April 15, and 2010, hearings were held in

which Defendants Valentina Denisova, Jahongir Masudov, Sonya Hilaszek, and Ivan Volochiy each entered pleas of guilty to Count One of the Indictment, conspiracy to unlawfully produce identification documents and false identification documents, in violation of 18 U.S.C. § 1028(f), 18 U.S.C. § 1028(b)(1)(A)(ii), and 18 U.S.C. § 1028(b)(1)(B).

Magistrate Judge McHargh received the Defendants' guilty pleas and issued Reports and Recommendations ("R&R's") recommending that this Court accept the Defendants' pleas and enter findings of guilty. (Dkt. # 112, 143, 149, 156). None of the parties objected to Magistrate Judge McHargh's R&R's in the fourteen (14) days following the issuance of each R&R.

On *de novo* review of the record, Magistrate Judge McHargh's R&R's are adopted. (Dkt. # 112, 143, 149, 156). The Defendants were each found to be competent to enter a plea. The Defendants understood their constitutional rights. They were aware of the consequences of entering a plea. There is an adequate factual basis for the pleas. The Court finds that the pleas were entered knowingly, intelligently, and voluntarily. The Defendants' pleas of guilty are approved.

Therefore, Defendants Valentina Denisova, Sonya Hilaszek, Ivan Volochiy, and Jahongir Masudov are adjudged guilty of violating 18 U.S.C. § 1028(f), 18 U.S.C. § 1028(b)(1)(A)(ii), and 18 U.S.C. § 1028(b)(1)(B).

Sentencing hearings will be held for Ivan Volochiy on May 17, 2010 at 10:00 a.m, for Valentina Denisova on May 17, 2010 at 10:30 a.m, for Jahongir Masudov

on July 20, 2010 at 9:00 a.m., and Sonya Hilaszek on July 20, 2010 at 9:30 a.m.

**IT IS SO ORDERED**.

<u>*/s/ Peter C. Economus* **- May 13, 2010**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**